UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ACE V. WHITENER,<br><br>                Petitioner,<br><br>    v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>               Respondents. | Case No. 3:22-cv-00528-ART-CSD<br><br>ORDER |

This habeas corpus action was stayed, and administratively closed, on April 20, 2023, so that Petitioner Ace V. Whitener, who is represented by appointed counsel, could complete litigation of a then-pending state-court habeas corpus action before proceeding with this action. (ECF No. 14.) On November 13, 2025, Whitener filed a motion to lift the stay, stating that "[s]tate court proceedings concluded on October 14, 2025, with the entry of a new guilty plea agreement and judgment of conviction in the Eighth Judicial District Court in case number C-14-302603-1." (ECF No. 19 (quoted portion at 2).) Respondents did not respond to that motion. Then, on November 19, Whitener filed a stipulation, signed by his counsel and Respondents' counsel, requesting that this action be dismissed and closed, and stating:

> Whitener's state proceedings ended on October 14, 2025, with the entry of a new guilty plea and a new judgment of conviction. As a result of the new plea, Whitener has been released from the custody of the Nevada Department of Corrections.

(ECF No. 20 (quoted portion at 2) (footnote omitted).) Whitener filed with the stipulation, as an exhibit, a copy of the amended judgment of conviction that has resulted in his release from custody. (ECF No. 21-1.) Information available on the website of the Nevada Department of Corrections confirms that Whitener has been released from custody. (*See* https://ofdsearch.doc.nv.gov/form.php,

1

1 search Offender ID 1179072 (November 20, 2025).) Whitener and Respondents 2 agree that this action is moot and that it should be dismissed and closed. (ECF 3 No. 20 at 2.)

4 It is therefore ordered that the Stipulation to Dismiss Petition and Close Case (ECF No. 20) is approved. This action is dismissed as moot. Petitioner is denied a certificate of appealability. The Clerk of Court is directed to enter judgment accordingly.

It is further ordered that Petitioner's Motion to Reopen (ECF No. 19) is denied as moot. The Clerk of the Court is directed to leave the case closed.

DATED THIS 20th day of November, 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2